JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, | CASE NO. **SACV 14-0883-DOC** |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| PACIFIC COAST TACO, INC., ET AL, | |
| Defendant(s). | |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **November 7, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: September 12, 2014

_____
DAVID O. CARTER
United States District Judge